Ramaiah P. **MADDIPATI** and Sreedevi Maddipati, Plaintiffs/Respondents,

v.

Russell J. **BUCARO** and Ann L. Bucaro, Defendants/Appellants.

No. 66238.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 21, 1995.

Joseph E. Cordell, Cordell & Cordell, P.C., Clayton, for appellants.

Kathryn B. Davis, Davis & Weisman, P.C., St. Louis, for respondents.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Defendants appeal from the entry of a summary judgment in plaintiffs' favor in plaintiffs' suit for unlawful detainer. Defendants' only defense is a challenge to the validity of plaintiffs' title. Issues relating to title cannot be interposed as a defense in unlawful detainer cases. *Meier v. Thorpe,* 822 S.W.2d 556 (Mo.App.1992) [1]; Sec. 534.210 RSMo1994. The judgment is supported by substantial evidence and no error

of law appears. An extended opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).